UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 16 2018

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Plaintiff        Qusay Sahky )

Vs.

Defendant    Edmond Public School )

**CIV 18 - 786-SLP**

Complaint

My complaint against Edmond Public Schools is for discrimination, retaliation, and defamation.

Instances of discrimination occurred during my employment from September 2015 to May 2017.

Examples include other employees receiving special accommodations while I did not receive the

same considerations, losing my employment status, and not being able to keep or choose my

routes. The incident of retaliation occurred April 2017 when I filed a complaint with human

resources regarding an incident at work where I was told I had to do something that went against

Work procedures. After my complaint, my leave was denied and I was given the ultimatum of

being fired or being forced. Defamation occurred when Edmond Public Schools published in the

Edmond newspaper that they had fired me along with their reason. Since that time I have applied

to multiple jobs, but have not received any calls for interviews.

Qusay Sahky

(651) 332-3183

17300 Valley Crest
Edmond. OK 73012